UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

CASE NO.: 07-14442-BKC-PGH
PROCEEDING UNDER CHAPTER 13

ROBERT P. LEE
XXX-XX-9055

DEBTOR_____/

**OBJECTION TO CLAIM AND NOTICE OF HEARING
ON SHORTENED NOTICE OF OBJECTION TO CLAIM**

IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. This objection also sets an expedited hearing on this objection on the date already scheduled for the confirmation hearing in accordance with Administrative Order 99-4, "Order Shortening the Time for Serving and Noticing Hearing on Certain Objections to Claims in Chapter 13 Cases."*

Pursuant to Bankruptcy Rule 3007, Local Rule 3007-1 and Administrative Order 99-4, the Trustee objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Basis for Objection and Recommended Disposition |
|---|---|---|
| 0013 | MERRILL LYNCH BANK USA | Proof of Claim filed after claims bar date/ sustain objection and disallow claim. |

YOU ARE HEREBY NOTIFIED THAT: A hearing on this objection will be held on <u>Jul 17, 2009</u> at <u> 8:40 AM</u> at:

U.S. BANKRUPTCY COURT
1515 N. FLAGLER DRIVE, ROOM #801
WEST PALM BEACH, FL 33401

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim and Notice of Hearing on Shortened Notice of Obection to Claim was served, via U.S. first class mail, on the parties listed below this  28th day of May, 2009.

    /s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE (954) 382-2001
FLORIDA BAR NO. 861154

**COPIES FURNISHED TO:**

DEBTOR
ROBERT P. LEE
5650 PACIFIC BLVD
#1124
BOCA RATON, FL  33433

ATTORNEY FOR DEBTOR
BRUCE D. SCHWARTZ, ESQUIRE
801 NE 167TH STREET
SUITE 306
NORTH MIAMI BEACH, FL  33162

CREDITOR
MERRILL LYNCH BANK USA
PO BOX 91060
MOBILE, AL 36691-1060

    PAGE 2