

## ORDERED in the Southern District of Florida on July 21, 2009.

*Paul Hyman*

**Paul G. Hyman, Chief Judge
United States Bankruptcy Court**

___

```
            UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF FLORIDA
               WEST PALM BEACH DIVISION


                                  CASE NO.: 07-14442-BKC-PGH
IN RE:                            PROCEEDING UNDER CHAPTER 13

ROBERT P. LEE
XXX-XX-9055

DEBTOR               /
```

### ORDER SUSTAINING OBJECTION TO CLAIM

**THIS CASE** came to be heard on Jul 17, 2009 on the chapter 13 Trustee's Objection to Claim of MERRILL LYNCH BANK USA and based on the record, it is

**ORDERED** that the Trustee's Objection to Claim number 0013, filed by MERRILL LYNCH BANK USA, is sustained and the claim shall be stricken and disallowed.

###

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

<u>DEBTOR</u>
ROBERT P. LEE
5650 PACIFIC BLVD
#1124
BOCA RATON, FL  33433

<u>ATTORNEY FOR DEBTOR</u>
BRUCE D. SCHWARTZ, ESQUIRE
801 NE 167TH STREET
SUITE 306
NORTH MIAMI BEACH, FL  33162

<u>CREDITOR</u>
MERRILL LYNCH BANK USA
PO BOX 91060
MOBILE, AL 36691-1060


ROBIN R. WEINER IS DIRECTED TO SERVE COPIES OF THIS ORDER TO THE
PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.

                        PAGE 2